FILED

JUN - 3 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-156-BLG-SPW-2 |
| Plaintiff, | |
| vs. | ORDER |
| RAMONA JEAN KILLEN, | |
| Defendant. | |

Upon the Court's Own Motion,

**IT IS HEREBY ORDERED** that sentencing currently scheduled for Wednesday, July 10, 2019 at 9:30 a.m., is **VACATED** and reset to commence on **Wednesday, July 17, 2019 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 3rd day of June, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1