FILED

JUL 17 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMONA JEAN KILLEN,<br><br>Defendant. | CR 18-156-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Ramona Jean Killen is hereby released from the custody of the U.S. Marshal Service.

DATED this 17th day of July, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1